IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| W. Travis Boyd, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.8:14-cv-2598-MGL |
| ) | |
| Carolyn W. Colvin, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed September 4, 2015. *See* 28 U.S.C. § 2412. The parties filed a Joint Stipulation for Attorney Fees Pursuant to the EAJA advising their agreement to stipulation to an award of $4,500.00 in attorney fees and $400.00 in costs.

In accordance with *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel. Accordingly,

IT IS ORDERED that the Plaintiff's motion pursuant to the EAJA is granted in the amount of $4,500.00 in attorney's fees and $400.00 in costs.

s/Mary G. Lewis
Mary G. Lewis
United States District Judge

September 16, 2015